435 A.2d 261

Sharp et ux., Appellants v. Solomon et al.

 Argued November 13, 1980. Clifford C. Cooper, for appellants; W. Arch Irvin, Jr., for Solomon, appellee; John D. Rhodes, for Industrial Personnel Corp. and

Powell, appellees; Harold Gondelman, for Hi-Way Maintenance, appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Judgment affirmed.

VAN der VOORT, J. concurred in the result.